# United States District Court
# For The Western District of North Carolina
# Statesville Division

TROY DEAN BUSH,

    Plaintiff(s),                                         JUDGMENT IN A CIVIL CASE

vs.                                                       CASE NO. 5:06CV51-2-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2009, Order.

                                                           Signed: April 1, 2009

                                                           Frank G. Johns, Clerk
                                                           United States District Court